FILED
2017 Mar-28 PM 05:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **FARHAN HASSAN SAMATAR,** ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action Number**:** |
| **v.** ) | **4:17-cv-00035-AKK-HGD** |
| ) | |
| **SCOTT HASSELL,** *et al.***,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Petitioner, Farhan Hassan Samatar, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241, seeking release pending deportation to Somalia.

On March 27, 2017, respondents filed a Motion to Dismiss As Moot. Doc. 9. Respondents state that petitioner was removed to Somalia on March 9, 2017. It is contended that petitioner's habeas corpus petition is due to be dismissed as moot in that he now has been removed from the United States.

After consideration of the record in this action and respondents' Motion to Dismiss, the court finds that petitioner's removal to Somalia has rendered his habeas corpus petition moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this

case. *See Murphy v. Hunt*, 455 U.S. 478, 482 (1982); *Carafas v. La Vallee*, 391 U.S. 234, 237 (1968). Therefore, respondents' motion to dismiss is due to be granted, and the action is due to be dismissed as moot.

**DONE** the 28th day of March, 2017.

                                               **ABDUL K. KALLON**
                                               UNITED STATES DISTRICT JUDGE